IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDA MCLAUGHLIN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-3272 |
| GLAXOSMITHKLINE, L.L.C., | : | |
| CADILA HEALTHCARE, ZYDUS | : | |
| PHARMACEUTICALS, and | : | |
| APOTEX, INC. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this *17th* day of *October*, 2012, upon consideration of **(1)** the Motion by Defendant GlaxoSmithKline, LLC. to Transfer Venue to the United States District Court for the Western District of Louisiana (Docket No. 7), the Response in Opposition by Plaintiff Cinda McLaughlin (Docket No. 20), Plaintiff's Supplemental Response in Opposition (Docket No. 25), Defendant's Reply Brief in Support (Docket No. 29), and Plaintiff's Sur-Reply Brief in Opposition (Docket No. 38); and **(2)** Plaintiff's Motions to Voluntarily Dismiss Defendants Cadila Healthcare, Zydus Pharmaceuticals, and Apotex Inc. (Docket Nos. 34–36), it is hereby **ORDERED** as follows:

1. All claims against Defendants Cadila Healthcare, Zydus Pharmaceuticals, and Apotex Inc. are hereby **DISMISSED** without prejudice.

2. Defendant's Motion to Transfer is **GRANTED**. This case shall be **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.